**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA,

    Plaintiff,                               Case No.   3:16-MJ-00020

    -vs-                                  Magistrate Judge Michael J. Newman

TONY LAVON SCOTT

    Defendant.

## BINDOVER ORDER

Defendant, on February 3, 2016, and with the advice of counsel, knowingly, intelligently, and voluntarily waived the preliminary examination.  Based on the affidavit filed in support of the criminal complaint, the Court finds there is probable cause to believe Defendant committed the offense(s) alleged in the complaint and orders that Defendant be bound over to the Grand Jury to answer to the charge(s).

    **IT IS SO ORDERED.**

February 3, 2016                                                                  s/**Michael J. Newman**
                                                                                   United States Magistrate Judge